UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV20-01463 JAK (RAOx) | Date | February 26, 2021 |
| Title | Core Optical Technologies, LLC v. ADVA Optical Networking SE, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE SECOND SUPPLEMENTAL JOINT REPORT (DKT. 63) AND SCHEDULING ORDER**

### I. Introduction

Plaintiff Core Optical Technologies, LLC ("Core Optical") has filed several patent infringement actions that have been designated as related cases. *See Core Optical v. Juniper Networks, Inc.*, 8:19-cv-02189-JAK-RAO; *Core Optical v. Nokia Corporation, et al.*, 8:19-cv-02190-JAK-RAO; *Core Optical v. ADVA Optical Networking SE, et al.*, 8:20-cv-01463-JAK-RAO; *Core Optical v. Cisco Systems, Incl., et al.*, 8:20-cv-01468-JAK-RAO; *Core Optical v. Comcast Corporation, et al.*, 8:21-cv-00046-JAK-RAO; and *Core Optical v. Amazon.com, Inc., et al.*, 8:21-cv-00049-JAK-RAO. On the docket of each of the actions commenced in 2019 and 2020, the parties have filed a Second Supplemental Joint Report Regarding Standing Patent Rules (S.P.R. 2.6-4.4), Deadline to Add Parties and Amend Pleadings, Scheduling, and Juniper's Motion to Transfer ("Second Joint Report"). *See, e.g.*, Dkt. 63 (Juniper). In those filings the parties present their respective positions on an efficient way to proceed and a proposed schedule for doing so. Based on a review of the Second Joint Report, this Order adopts a scheduling order as to each of the cases.

### II. Scheduling Order

| Scheduling Event | Deadline |
|---|---|
| S.P.R. 2.6 - Document Production Accompanying Invalidity Contentions | To the extent the parties have not completed the required document productions, they shall do so by March 26, 2021. |
| Last Day to Add Parties or Amend Pleadings | April 28, 2021 |
| S.P.R. 3.1 – Exchange Proposed Terms for Claim Construction[1] | April 28, 2021 |
| S.P.R. 3.2 – Exchange Claim Construction and | May 12, 2021 |

---

[1] The parties' proposed Claim Construction Procedures, *see* Second Joint Report at 14-15, are hereby **APPROVED**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV20-01463 JAK (RAOx) | | Date | February 26, 2021 |
|---|---|---|---|---|
| Title | Core Optical Technologies, LLC v. ADVA Optical Networking SE, et al. | | | |

| Scheduling Event | Deadline |
|---|---|
| Extrinsic Evidence | |
| S.P.R. 3.3 – Claim Construction Discovery Cutoff | June 9, 2021 |
| S.P.R. 3.4 – Joint Claim Construction Prehearing Statement | June 16, 2021 |
| S.P.R. 3.5 – Claim Construction Briefs | June 23, 2021 – Simultaneous Opening Briefs Due<br>July 7, 2021 – Simultaneous Response Briefs, Tutorials, and Presentation Materials Due |
| S.P.R. 3.6 – Claim Construction Hearing | **July 26, 2021 at 10:00 A.M.** |
| Anticipated Claim Construction Order | August 30, 2021 |
| S.P.R. 4.1 – Final Infringement Contentions and Expert Reports | September 27, 2021 |
| S.P.R. 4.4 – Advice of Counsel production | September 27, 2021 |
| S.P.R. 4.2 – Final Invalidity Contentions and Expert Reports | October 25, 2021 |
| S.P.R. 4.3 – Rebuttal Expert Reports | October 25, 2021 (Infringement)<br>November 22, 2021 (Invalidity) |
| S.P.R. 4.3 – Close of Discovery | December 20, 2021 |
| S.P.R. 4.5 – Dispositive Motions Deadline | January 17, 2022 |
| Last day to conduct settlement conference or mediation with Outside ADR/Non-Judicial neutral | February 14, 2022 |
| Notice of Settlement or Joint Report Re Settlement | February 18, 2022 |
| Post-Mediation Status Conference | **February 28, 2022 at 1:30 P.M.** |
| Final Pretrial Conference and Trial | The parties will be invited to submit proposed dates, if necessary, upon the Court's final ruling on dispositive motions. The trial estimate will be set at the final pretrial conference. |

The Second Joint Report also mentions other potential disputes that may arise among the parties with respect to pre-trial processes. *See e.g.*, Second Joint Report at 22 (whether interrogatory responses satisfy document production requirements; whether all documents have been produced regarding ownership). To the extent such disputes do arise following the issuance of this Order, the experienced counsel in these matters should meet and confer in good faith to try to resolve them in whole or in part. If the parties are unable to resolve one or more disputed matters, an appropriate motion should be filed in compliance with the Local Rules and the Standing Order. Disputed discovery matters should be presented to Magistrate Judge Oliver through a motion that complies with her required procedures.

The Second Joint Report also discusses potential standing/ownership issues about which Defendants are conducting discovery. If Defendants file an early dispositive motion based on standing/ownership, they may simultaneously file an application requesting a stay of the remaining deadlines pending a decision on the motion. If Defendants make such an application, Core Optical shall file any opposition within 10 days of service. No reply is necessary.

With respect to the pending motions brought by Juniper, rulings will be issued.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV20-01463 JAK (RAOx) | Date | February 26, 2021 |
| Title | Core Optical Technologies, LLC v. ADVA Optical Networking SE, et al. | | |

**III.     Conclusion**

The deadlines set forth above are hereby adopted. The Clerk shall enter this Order in each of the following cases: *Core Optical v. Juniper Networks, Inc.*, 8:19-cv-02189-JAK-RAO; *Core Optical v. Nokia Corporation, et al.*, 8:19-cv-02190-JAK-RAO; *Core Optical v. ADVA Optical Networking SE, et al.*, 8:20-cv-01463-JAK-RAO; *Core Optical v. Cisco Systems, Incl., et al.*, 8:20-cv-01468-JAK-RAO.

**IT IS SO ORDERED.**

                                                                                      :

                                                    Initials of Preparer    TJ